IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RENALDO ABDUL WATKINS,

          Plaintiff,

v.

DAN HANNIFEN, RENEE WATKINS, and
TIM SULLIVAN,

          Defendants.

ORDER

15-cv-573-jdp

---

      In an order entered on October 19, 2015, I denied plaintiff Renaldo Watkins leave to proceed and dismissed his complaint for failure to comply with Federal Rule of Civil Procedure 8. Dkt. 4. I gave plaintiff until November 2, 2015, to submit a proposed amended complaint addressing the deficiencies that I explained in the October 19 order. In addition, I informed plaintiff that if he failed to respond to the order, then I would dismiss this case with prejudice. It is now past plaintiff's November 2 deadline, and he has not filed an amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS ORDERED that this case is DISMISSED with prejudice for failure to state a claim upon which relief can be granted. The clerk of court is directed to enter judgment in favor of defendants and close this case.

      Entered November 18, 2015.

                      BY THE COURT:

                      /s/

                      _____
                      JAMES D. PETERSON
                      District Judge