IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RENALDO ABDUL WATKINS,

    Plaintiff,                        JUDGMENT IN A CIVIL CASE

v.                                    Case No. 15-cv-573-jdp

JON M. THEISEN, DAN HANNIFEN,
RENEE WATKINS and TIM SULLIVAN,

    Defendants.

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

    /s/                                                           11/18/2015

    Peter Oppeneer, Clerk of Court                    Date